# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | 4:07CR00110-001  SWW | |
| TORY DANIELLE WADE | | DEFENDANT |

## ORDER

The Court previously granted the government's motion to continue the revocation hearing scheduled for March 17, 2015.

IT IS SO ORDERED that the hearing on the government's motion to revoke supervised release [doc #48] is rescheduled for **WEDNESDAY, APRIL 8, 2015 AT 10:00 IN COURTROOM #389.**

DATED this 26th day of March 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE